**Tara WARD, et al., Appellants,**

v.

**WEST COUNTY MOTOR COMPANY, INC., Respondent.**

**No. ED 101613**

Missouri Court of Appeals, Eastern District,

**DIVISION FOUR.**

FILED: June 9, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 2015

Application for Transfer Denied September 22, 2015

Michael B. Stoddard, 11330 Olive Boulevard, Suite 222, St. Louis, MO 63141, for appellant.

Brian E. McGovern, Bryan M. Kaemmerer, 825 Maryville Centre Drive, Suite 300, Town & Country, Mo 63017-5946, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM

Tara Ward and Lawrence LaBarge ("Buyers") appeal from the trial court's Order and Judgment Nunc Pro Tunc granting West County Motor Company's ("Dealer's") Motion for Directed Verdict at the Close of all Evidence and holding that Dealer's liquidated damages clause was lawful. Dealer also cross-appeals from the trial court's granting of Buyers' Motion for Attorney's Fees incurred during Buyers' first appeal in this case. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).